IN RE: KOCH, RICHARD B.                              CASE NO. 08-12430

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

114
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
KOCH, RICHARD B., KOCH, PATTY L. (08-12430 A)
92000185970866
COMBINED SMALL CHECK

TID # 380220

Date  08/22/2011

$ **********11.26

~~~Eleven Dollars and 26/100

Pay to the Order of  Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑂"000000114"⑂ ⑂:043302493⑂:92000185970866"⑂

---

8/24/11
DEPOSITED TO UNCLAIMED
UNDER $25.00.
DUE: SEE LETTER

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229012    - JN
* * C O P Y * *
August 24, 2011
15:06:47

UNC.UNDER$25
08-12430
Debtor.: RICHARD B. KOCH
Trustee: Aaron Caillouet
Amount.:         $11.26 CH
Check#.: 114

Total->  $11.26

FROM: CAILLOUET

Printed: 08/22/11 01:37 PM                                                                                    Page: 1

# Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

**Case: 08-12430 - KOCH, RICHARD B.**

| Account No. | Check No. | Issued | | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 2000185970866 | 114 | 08/22/11 | Payee: | Clerk, U.S. Bankruptcy Court | | | | | Check Amount: | $11.26 |
| | | | **Claim No.** | **Filed** | **Priority** | **Claimant** | | | | |
| | | | 4I | 02/03/09 | 640 | Delta Financial | 2.21 | 2.21 | 0.46 | 0.46 |
| | | | 5I | 02/03/09 | 640 | Delta Financial | 13.68 | 13.68 | 2.82 | 2.82 |
| | | | 6I | 02/04/09 | 640 | Cardiovascular Institute of the South | 17.44 | 17.44 | 3.59 | 3.59 |
| | | | 7I | 03/03/09 | 640 | PYOD LLC as assignee of Citibank | 19.36 | 19.36 | 3.99 | 3.99 |
| | | | 9I | 03/12/09 | 640 | Lady Of The Sea Clinic-LP | 0.91 | 0.91 | 0.19 | 0.19 |
| | | | 10I | 03/12/09 | 640 | Lady Of The Sea Clinic-GM | 1.03 | 1.03 | 0.21 | 0.21 |