IN RE: KOCH, RICHARD B.          CASE NO. 08-12430

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

120
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
KOCH, RICHARD B., KOCH, PATTY L. (08-12430 A)
92000185970866
COMBINED SMALL CHECK

TID # 380220

Date  11/01/2011

$ ***********3.29

~~~Three Dollars and 29/100

Pay to the Order of:
Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑈000000120⑈ ⑆043302493⑆ 92000185970866⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229291    - KW
* * C O P Y * *
November 02, 2011
15:27:41

UNC.UNDER$25
08-12430

Debtor.: RICHARD B. KOCH
Trustee: Aaron Caillouet
Amount.:              $3.29 CH
Check#.: 120

Total -> $3.29

FROM: CAILLOUET

11/2/11
DEPOSITED UNCLAIMED UNDER $25.00
(106000).
DUE: SEE ATTACHED.

Page: 1

# Claims Distribution Small Checks

Trustee: **AARON CAILLOUET (380220)**

Case: 08-12430 - KOCH, RICHARD B.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 200018597086 | 114 | 08/22/11 | | Payee: | | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $11.26 |
| | | | 4 | 02/03/09 | 640 | Delta Financial | 2.21 | 2.21 | 2.21 | 0.46 |
| | | | 5 | 02/03/09 | 640 | Delta Financial | 13.68 | 13.68 | 13.68 | 2.82 |
| | | | 6 | 02/04/09 | 640 | Cardiovascular Institute of the South | 17.44 | 17.44 | 17.44 | 3.59 |
| | | | 7 | 03/03/09 | 640 | PYOD LLC as assignee of Citibank | 19.36 | 19.36 | 19.36 | 3.99 |
| | | | 9 | 03/12/09 | 640 | Lady Of The Sea Clinic-LP | 0.91 | 0.91 | 0.91 | 0.19 |
| | | | 10 | 03/12/09 | 640 | Lady Of The Sea Clinic-GM | 1.03 | 1.03 | 1.03 | 0.21 |
| 200018597086 | 120 | 11/01/11 | | Payee: | | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $3.29 |
| | | | 4 | 02/03/09 | 640 | Delta Financial | 2.21 | 2.21 | 2.21 | 1.75 |
| | | | 9 | 03/12/09 | 640 | Lady Of The Sea Clinic-LP | 0.91 | 0.91 | 0.91 | 0.72 |
| | | | 10 | 03/12/09 | 640 | Lady Of The Sea Clinic-GM | 1.03 | 1.03 | 1.03 | 0.82 |

*Handwritten annotation: "Previously Sent" with brace around claims 4, 5, 6, 7, 9, 10 of check 114*

(*) Denotes objection to Amount Filed